IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                RESPONDENT

VERSUS                              CIVIL ACTION NO. 1:06cv1122DCB
                                    CRIMINAL ACTION NO. 1:03cr88DCB

BRENDA FAYE SEYMOUR                                      PETITIONER

## FINAL JUDGMENT

This matter comes before the Court on Petitioner Brenda Faye Seymour's Motion to Vacate under 28 U.S.C. § 2255 [**criminal docket entry no. 106; civil docket entry no. 1**].  The Court denied said motion in a Memorandum Opinion and Order of even date herewith.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this 28 U.S.C. § 2255 action is **DISMISSED WITH PREJUDICE.**

SO ORDERED AND ADJUDGED, this the 2nd day of March, 2007.


                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE